341 Ill. App. 282 (1950)
93 N.E.2d 386
Chicago Housing Authority, Appellant,
v.
Elizabeth Ivory, Appellee.
Gen. No. 45,061.
Illinois Appellate Court.
Opinion filed June 20, 1950.
Released for publication July 14, 1950.
Edward J. Fruchtman and Kathryn Kula, for appellant.
Gassaway, Crosson, Turner & Parsons, for appellee.
James D. Crosson, of counsel.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE SCHWARTZ.
Judgment reversed and cause remanded with directions.
Not to be published in full.